No. 506. PARAMOUNT PRODUCTIONS, INC. *v.* SMITH. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. H. W. O'Melveny* and *Walter K. Tuller* for petitioner. *Mr. Zach Lamar Cobb* for respondent. ▮

No. 507. UNITED STATES PIPE & FOUNDRY CO. *v.* WACO ET AL. November 15, 1937. Petition for writ of certiorari to the Supreme Court of Texas denied. *Mr. Ralph M. Shaw* for petitioner. *Mr. Clay McClellan* for respondents. ▮

No. 513. GLOBE & RUTGERS FIRE INS. CO. *v.* ROSE. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Amos Thomas* for petitioner. *Messrs. Eugene D. O'Sullivan* and *Charles J. Southard* for respondent. ▮

No. 541. CLARKSON *v.* INDIANA & ILLINOIS COAL CORP. ET AL. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John H. Bruninga* for petitioner. *Mr. Clarence E. Mehlhope* for respondent. ▮

No. 534. NEW YORK EX REL. MOODY *v.* HUNT, WARDEN. November 22, 1937. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *George Moody, pro se.* No appearance for respondent. ▮